IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TRISTAN WELLWOOD, | § § § | |
| *Plaintiff,* | § § | SA-24-CV-00226-JKP |
| vs. | § § § | |
| UNIVERSAL PROTECTION SERVICE, LP, | § § § § | |
| *Defendant.* | § § | |

## ORDER

Before the Court in the above-styled cause of action is the parties' Joint Motion to Stay Proceedings Pending Arbitration [#5], by which they stipulate and move the Court for an order staying this case pending arbitration based on a binding arbitration agreement between the parties governing this dispute. The Court will grant the motion.

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Stay Proceedings Pending Arbitration [#5] is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter shall be submitted to binding arbitration pursuant to the terms of the Arbitration Agreement.

**IT IS FURTHER ORDERED** that all proceedings in this action shall be stayed pending the conclusion of the arbitration; and

**IT IS FINALLY ORDERED** that the Clerk of the Court administratively close this matter without prejudice to any party moving to reopen pending the outcome of the arbitration.

**IT IS SO ORDERED.**

SIGNED this 11th day of March, 2024.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE